IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| WILLIE E. NEWTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 319-015 |
| | ) | |
| BRIAN OWENS, Member of Parole Board; TERRY E. BARNARD, Chairman of Board of Pardon and Parole; JAMES W. MILLS, Vice Chairman of Board of Pardon and Parole; and WILLIAM CURRY, District Operation Manager, | ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DENIES AS MOOT** Plaintiff's motion to proceed *in forma pauperis*, (doc. no. 2), **DISMISSES** this case without prejudice, and **CLOSES** this civil action.

SO ORDERED this ___ day of April, 2019, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE