# United States District Court
## Southern District of Georgia

WILLIE E. NEWTON

Plaintiff,

v.

BRIAN OWENS, Member of Parole Board, et. al.,

Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV 319-015

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

pursuant to the Order dated April 1, 2019 adopting the Report and Recommendations as the Court's opinion, that Plaintiff's motion to proceed in forma pauperis is denied as moot and this case is hereby dismissed without prejudice. This case stands closed.

04/02/2019
*Date*

Scott L. Poff
*Clerk*

/s/ Jamie Hodge
*(By) Deputy Clerk*